FILED

12/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0713



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0713

ALEXANDER CURT,

    Petitioner,

v.

MONTANA FIRST JUDICIAL DISTRICT,
LEWIS AND CLARK COUNTY,
HONORABLE KATHY SEELEY, Presiding,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

---

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: December 6, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court